IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

RICHARD OTTO

    Plaintiff,

vs.

GENERAL ELECTRIC COMPANY
T/A GE MONEY BANK
    Serve On:
    C T Corporation System
    1200 South Pine Island Road
    Plantation FL 33324 US

and

ZWICKER & ASSOCIATES, P.C.
    Serve On:
    C T Corporation System
    1200 South Pine Island Road
    Plantation FL 33324 US

    Defendants.
_____/

Case No.:
Division:

16-2011-SC-000110 -XXXX-MA

3:11-cv-176-J-99mmH-JRK

FILED
JAN 21 2011

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Richard Otto, by Mr. Otto's undersigned attorney, hereby sues General Electric Company trading as GE Money Bank ("Creditor"), and Zwicker & Associates, P.C. ("Debt Collector") and for Mr. Otto's Complaint states as follows:

1. This is an action for damages not in excess of $5,000.00, exclusive of costs, interests and attorney's fees.

2. Plaintiff is a natural person residing in Jacksonville Beach, Florida.

3. Debt Collector is an entity qualified to conduct business in Florida.

4. Creditor is an entity qualified to conduct business in Florida where it trades and conducts business as GE Money Bank.

1

5. Creditor is the registered owner of the "GE Money Bank" trademark, United States Patent and Trademark Office registration number 3225522.

## COUNT I – UNLAWFUL COLLECTION PRACTICES BY CREDITOR

6. Mr. Otto had an alleged debt to Creditor arising out of personal, family or household purposes.

7. On November 18, 2010 Mr. Otto, through counsel, advised Creditor that Mr. Otto was represented by counsel with respect to all accounts owned or serviced by Creditor and requested that Creditor cease all direct contact with Mr. Otto. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.[1]

8. The November 18, 2010 communication to Creditor placed Creditor on notice that (a) Mr. Otto was represented by counsel with regard to the alleged debts, and (b) Mr. Otto did not wish to be contacted directly again by Creditor.

9. Creditor, by and through Creditor's agent and attorney, Debt Collector, willfully communicated with Mr. Otto by means of a letter dated December 8, 2010. A true and correct copy of that letter is attached hereto as Exhibit B.

10. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.72 (18).

WHEREFORE, Plaintiff, Richard Otto, demands judgment against Defendant, General Electric Company, for actual and statutory damages, together with punitive damages, pre- and post- judgment interest, attorney's fees and costs of suit.

---

[1] The fax sent to Creditor included a notice of representation which stated "PLEASE TAKE NOTICE that Wendell Finner is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns. I authorize and instruct my creditors to disclose such information to Mr. Finner as he may request, and to direct all communications to him as my attorney." The notice was signed by Mr. Otto and contained his social security number to assist recipients in identifying affected accounts. Due to the inclusion of Mr. Otto's social security number, the Notice of Representation is not filed herewith.

## COUNT II – UNLAWFUL COLLECTION PRACTICES BY DEBT COLLECTOR

11. Mr. Otto incorporates by reference paragraphs 4 through 7 of this complaint.

12. By Contract with Creditor, Debt Collector receives notice of all accounts where the Consumer is represented by counsel, or has defenses to collection, at the time Creditor instructs Debt Collector to collect a debt.

13. Creditor hired Debt Collector as Creditor's agent and attorney to collect on the alleged debt that Mr. Otto owed to Creditor.

14. Debt Collector willfully communicated with Mr. Otto by sending Mr. Otto the December 8, 2010 letter even though Debt Collector had actual knowledge that Mr. Otto was represented by an attorney.

15. The communication from Debt Collector to Mr. Otto constitute illegal collection practices under the FCCPA, Fla. Stat. § 559.72 (18) and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692c.

WHEREFORE, Plaintiff, Richard Otto, demands judgment against Defendant, Zwicker & Associates, P.C. for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

## COUNT III – INJUNCTIVE RELIEF

16.     Mr. Otto incorporates by reference paragraphs 4 through 7 and 10, 11, and 12 of this Complaint.

17.     Mr. Otto will be irreparably damaged should Creditor and Debt Collector continue their illegal and harassing communications to Mr. Otto.

WHEREFORE, Plaintiff, Richard Otto, demands judgment against Defendants, General Electric Company and Zwicker & Associates, P.C., permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Mr. Otto or any other person in connection with the alleged debt, and awarding Mr. Otto attorney's fees and costs of suit.

/s/ R G. Moore
_____
Wendell Finner, Florida Bar No.: 0093882
Ryan G. Moore, Florida Bar No.: 0070038
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767
(904) 242-7070
(904) 242-7054 Fax
*Attorneys for Plaintiff*

```
TRANSMISSION VERIFICATION REPORT

                                          TIME    : 11/18/2010 15:47
                                          NAME    :
                                          FAX     : 9042427054
                                          TEL     :
                                          SER. #  : D8N191287


DATE,TIME              11/18  15:46
FAX NO./NAME           13304335603
DURATION               00:00:22
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# WENDELL FINNER, P.A.
## LAW OFFICES

Admitted in Florida, Maryland, Virginia,
and the District of Columbia

### FACSIMILE COVER SHEET:

November 18, 2010

**Please Deliver The Following Pages To:**     **GE Money Bank**

**FAXED TO TELEPHONE NUMBER:**     1-330-433-5603

FROM: Wendell Finner

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2

RE:   *Your accounts 12153522 for Richard Otto*

DOCUMENT: Notice of Representation

COMMENTS: Pursuant to Florida Statutes, §559.72, Richard Otto requests that you do not contact him again with respect to the referenced account or any other account that your company owns or services. I am happy to provide updates of the borrowers' status over the telephone.

- W.F.

Exhibit A

```
RETURN MAIL ADDRESS                    02722
FOR POST OFFICE USE ONLY
PO Box 101145
Birmingham AL 35210-6145
```



Zwicker & Associates, P.C.
Attorneys At Law



```
27593-08  18*AUTO**ALL FOR AADC 320
RICHARD OTTO
1822 2ND ST N
JACKSONVILLE BEACH FL 32250-7422
```

THIS LAW FIRM
EMPLOYS ONE OR
MORE ATTORNEYS
ADMITTED TO
PRACTICE IN THE
FOLLOWING
STATES:

ARIZONA
CALIFORNIA
CONNECTICUT
FLORIDA
GEORGIA
IDAHO
ILLINOIS
KENTUCKY
MARYLAND
MASSACHUSETTS
MICHIGAN
NEW JERSEY
NEW HAMPSHIRE
NEW YORK
OHIO
OREGON
TENNESSEE
TEXAS
VIRGINIA
WASHINGTON
WEST VIRGINIA
DISTRICT OF
COLUMBIA

*Personal and Confidential*

12/08/2010
File ID: 4044493
Creditor: GE Money Bank
Account No: 7982222101113045 [1,2]

RE: Lowe's Consumer account
Balance: $5433.12

Dear RICHARD OTTO:

This law firm has been retained by the above-named creditor to assist it in the collection of the funds you owe on the above-referenced account. As of the date of this letter, you owe $5433.12.

As of this time, no attorney with this firm has personally reviewed the particular circumstances of your account. This letter is not a threat of suit and should not be construed to be a threat of suit.

*Please note that unless you dispute said debt, or any portion thereof, within thirty (30) days after your receipt of this letter, this office shall assume the validity of this debt. Upon your written notification within such thirty-day period that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment, if any, against you and mail you a copy of such verification or judgment. Furthermore, upon your written request within said thirty-day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor.*

This firm is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.

Please contact this office to discuss repayment with Jason Houle, one of our non-attorney account managers.

Very truly yours,

ZWICKER & ASSOCIATES, P.C.

---

[1] Important notices appear on the back of this letter. Please read them as they may affect your rights.
[2] Colorado residents: please read important notice on the back of this letter.

Exhibit B

***PLEASE SEND ALL PAYMENTS AND CORRESPONDENCE TO THE ADDRESS BELOW***

Zwicker & Associates P.C. ◆ 80 Minuteman Rd ◆ Andover, Massachusetts 01810-1008
Tel: (800) 370-2251 / (978) 686-2255 ◆ NY City Residents Only: (877) 368-4531

GEL001C